UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :         Chapter 13
                                                :
   LAWRENCE A. BESA, JR. AND        :
   JANELL T. BESA                  :
                                                :
        Debtors  :         Bankruptcy No. 13-16414BIF

**CHAPTER 13 STANDING TRUSTEE'S ANSWER TO CONSENT ORDER
RESOLVING OBJECTION TO CLAIM #2**

1.     The trustee does not object to the resolution of the objection in so far as the agreed upon amount of the claim of this creditor.

2.     It appears the Consent Order attempts to have the trustee send adequate protection payments to this creditor pre confirmation.

3.     If the proposed order is an attempt to create adequate protection payments, the trustee will need more information including the amount of these payments.

Respectfully submitted,

/s/ Jack K. Miller

_____

Date: January 16, 2014

Jack K. Miller, Esquire, Staff Attorney for
William C. Miller, Esquire
Chapter 13 Standing Trustee