# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 13-16414-AMC

LAWRENCE A BESA, JR.
JANELL T BESA
107 HEARTH ROAD

BROOMALL, PA 19008

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    LAWRENCE A BESA, JR.
    JANELL T BESA
    107 HEARTH ROAD

    BROOMALL, PA 19008

Counsel for debtor(s), by electronic notice only.

    LAWRENCE S. RUBIN ESQUIRE
    337 WEST STATE STREET

    MEDIA, PA 19063-

Date: 11/4/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee