# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lawrence A Besa, Jr. and Janell T Besa <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 13-16414 BIF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of OCWEN LOAN SERVICING, LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9296

                                             Respectfully submitted,

                                               **<u>/s/Thomas Puleo, Esquire</u>**
                                               Thomas Puleo, Esquire
                                               Brian C. Nicholas, Esquire
                                               KML Law Group, P.C.
                                               701 Market Street, Suite 5000
                                               Philadelphia, PA 19106-1532
                                               (215) 825-6306  FAX (215) 825-6406