Certificate Number: 17082-PAE-DE-031102105

Bankruptcy Case Number: 13-16414



17082-PAE-DE-031102105

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 29, 2018, at 4:53 o'clock PM MST, LAWRENCE A BESA Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 29, 2018    By:  /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director