# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 13-16414-AMC

LAWRENCE A BESA, JR.
JANELL T BESA
107 HEARTH ROAD

BROOMALL, PA 19008

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    LAWRENCE A BESA, JR.
    JANELL T BESA
    107 HEARTH ROAD

    BROOMALL, PA 19008

Counsel for debtor(s), by electronic notice only.

    LAWRENCE S. RUBIN ESQUIRE
    337 WEST STATE STREET

    MEDIA, PA 19063-

/S/ William C. Miller
_____

Date: 7/27/2018

William C. Miller, Esquire
Chapter 13 Standing Trustee