United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-16414-amc
Lawrence A Besa, Jr.                                                  Chapter 13
Janell T Besa
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW        Page 1 of 2              Date Rcvd: Dec 13, 2018
                           Form ID: 138NEW        Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
```
db/jdb        +Lawrence A Besa, Jr.,   Janell T Besa,   107 Hearth Road,   Broomall, PA 19008-1110
cr            +U.S. Department of Housing and Urban Development,   c/o Novad Management Consulting, LLC,
               2401 N.W. 23rd St., Ste. 1A1,   Oklahoma City, OK 73107-2448
13105846      +Acqua PA,   762 W Lancaster Ave,   Bryn Mawr, PA 19010-3402
13105848     ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,   Po Box 5010,   Woodland Hills, CA 91365)
13105853      #+Eastern Account System INC.,   75 Glen Rd Ste 110,   Sandy Hook, CT 06482-1175
13105854      +Fortis Capital IV, LLC,   c/o Law office of Curtis O Barnes,   POB 1390,
               Anaheim, CA 92815-1390
13105855      +Fortiva,   POB 105674,   Atlanta, GA 30348-5674
13105858      +Marple Twp,   c/o Portnoff Law Ofiice,   1000 Sandy Hill Road, Ste 150,
               Norristown, PA 19401-4181
13156006      +NCB Management Services Inc.,   One Allied Drive,   Trevose PA 19053-6945
13105861      +Ocwen Loan Servicing L,   Po Box 4622,   Waterloo, IA 50704-4622
13226053      +Ocwen Loan Servicing, LLC,   Attn: Payment Processing,   3451 Hammond Avenue,
               Waterloo, IA 50702-5345
13149835      +Peter Brothman DDS,   Diversified Services Group,   1824 W. Grand Ave. Suite 200,
               Chicago, IL 60622-6721
13105862      +St Joseph's University,   5600 City Ave,   Philadelphia, PA 19131-1376
13172249      +Township of Marple,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
               Norristown, PA 19404-3020
13105863      +Trojan Professional Se,   4410 Cerritos Ave,   Los Alamitos, CA 90720-2549
13114839      +U.S. Department of HUD,   c/o Deval LLC,   1255 Corporate Drive, #300,   Irving, TX 75038-2585
13469706      +U.S. Department of Housing and Urban Development,   c/o Novad Management Consulting,
               Shepherd's Mall,   2401 NW 23rd Street,   Suite 1A,   Oklahoma City OK 73107-2423
13105864      +Utcsh's Marina,   1121 New Jersey 109,   Cape May, NJ 08204-2638
13116217       Wells Fargo Bank, N.A.,   P.O. Box 19657,   Irvine, CA 92623-9657
13105866      +Wfs Financial/Wachovia Dealer Srvs,   Po Box 1697,   Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Dec 14 2018 03:12:38     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2018 03:11:41
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2018 03:12:17     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 14 2018 03:14:14
               Capital One Auto Finance,   P.O. Box 201347,   Arlington, TX 76006-1347
cr             E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 14 2018 03:13:49
               Capital One Auto Finance c/o AIS Portfolio Service,   4515 N Santa Fe Ave. Dept. APS,
               Oklahoma City, OK 73118-7901
13167831       E-mail/Text: bncmail@w-legal.com Dec 14 2018 03:12:03     ALTAIR OH XIII, LLC,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13105847      +E-mail/Text: ally@ebn.phinsolutions.com Dec 14 2018 03:10:56     Ally  Financial,
               P.O. Box 380901,   Bloomington, MN 55438-0901
13131998      +E-mail/Text: ally@ebn.phinsolutions.com Dec 14 2018 03:10:56     Ally Financial,
               P.O. Box 78369,   Phoenix, AZ 85062-8369
13131952      +E-mail/Text: ally@ebn.phinsolutions.com Dec 14 2018 03:10:56     Ally Financial Inc.,
               P O Box 130424,   Roseville, MN 55113-0004
13148084       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2018 03:14:25
               American InfoSource LP as agent for,   Verizon,   PO Box 248838,
               Oklahoma City, OK  73124-8838
13105850       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2018 03:14:11     Capital 1 Bank,
               Po Box 85520,   Richmond, VA 23285
13105849      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2018 03:14:11     Cap One,
               Po Box 30253,   Salt Lake City, UT 84130-0253
13105851      +E-mail/PDF: AIS.COAF.EBN@americaninfosource.com Dec 14 2018 03:13:29
               Capital One Auto Finance,   3901 N Dallas Pkwy,   Plano, Texas 75093-7864
14121812      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 14 2018 03:13:24
               Capital One Auto Finance,   c/o AIS Portfolio Services, LP,   AIS Data Services,
               Ascension Capital Group,   4515 N. Santa Fe Avenue-Dept APS,   Oklahoma City OK 73118-7901
13662468      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 14 2018 03:14:14
               Capital One Auto Finance, a division of Capital On,   P.O. Box 201347,
               Arlington, TX 76006-1347
13222281      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 14 2018 03:14:14
               Capital One Auto Finance, c/o Ascension Capital Gr,   P.O. Box 201347,
               Arlington, TX 76006-1347
13159881       E-mail/Text: bnc@americaninfosource.com Dec 14 2018 03:14:12
               Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13105852      +E-mail/Text: trisha.diaz@receivemorermp.com Dec 14 2018 03:11:23     Diversified Svs Group,
               1824 W Grand Ave Ste 200,   Chicago, IL 60622-6721
```

```
District/off: 0313-2          User: ChrissyW          Page 2 of 2              Date Rcvd: Dec 13, 2018
                              Form ID: 138NEW         Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
13105856      +E-mail/Text: mstover@gercls.com Dec 14 2018 03:13:01      Great Eastern Resort Corp,
               610 West Rio Rd,   POB 6006,   Charlottesville, VA 22906-6006
13143249      +E-mail/Text: mstover@gercls.com Dec 14 2018 03:13:01      Great Eastern Resort Corporation,
               PO BOX 6006,   Charlottesville VA 22906-6006
13105860      +E-mail/Text: bankruptcydepartment@tsico.com Dec 14 2018 03:12:57      Nco Fin /99,
               Po Box 15636,   Wilmington, DE 19850-5636
13105865      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 14 2018 03:10:52
               Verizon,   500 Technology Dr,   Weldon Spring, MO 63304-2225
                                                                                TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Township of Marple,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
               Norristown, PA 19404-3020
13105857     ##+Marple Twp,   c/o Portnoff Law Assoc,   1000 Sandy Hill Rd,   Ste 150,
               Norristown, PA 19401-4181
13105859     ##+NCO,   Pob 15372,   Wilmington, DE 19850-5372
                                                                        TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:

```
          ANDREW F GORNALL    on behalf of Creditor   OCWEN LOAN SERVICING, LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          BRYA M KEILSON    on behalf of Creditor   Great Eastern Resort Corporation brya.keilson@usdoj.gov
          CHRISOVALANTE FLIAKOS    on behalf of Creditor   Ocwen Loan Servicing, LLC paeb@fedphe.com
          JAMES P. SHAY    on behalf of Creditor   Ocwen Loan Servicing, LLC james.shay@phelanhallinan.com
          JAMES RANDOLPH WOOD    on behalf of Creditor   Township of Marple jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          JEROME B. BLANK    on behalf of Creditor   Ocwen Loan Servicing, LLC paeb@fedphe.com
          KARINA VELTER    on behalf of Creditor   Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services
           amps@manleydeas.com
          LAWRENCE S. RUBIN    on behalf of Debtor Lawrence A Besa, Jr. echo@pennlawyer.com,
           foxtrot@pennlawyer.com
          LAWRENCE S. RUBIN    on behalf of Joint Debtor Janell T Besa echo@pennlawyer.com,
           foxtrot@pennlawyer.com
          MARIO J. HANYON    on behalf of Creditor   Ocwen Loan Servicing, LLC paeb@fedphe.com
          THOMAS I. PULEO    on behalf of Creditor   OCWEN LOAN SERVICING, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor   OCWEN LOAN SERVICING, LLC paeb@fedphe.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                TOTAL: 15
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Lawrence A Besa, Jr. and Janell T
Besa

                  Debtor(s)                                                    Bankruptcy No: 13−16414−amc

                                                                                Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN
THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be
filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the
entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from
the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and
Account and enter the Order of Discharge.

                                                                             For The Court
                                                              Timothy B. McGrath
                                                                 Clerk of Court

Dated: 12/13/18